EDMUND TIPALDI, Respondent, *v.* RIVERSIDE MEMORIAL CHAPEL, INC., et al., Appellants, and J. ALEXANDER STEIN, INC., Appellant and Respondent, et al., Defendants.

Submitted May 17, 1948; decided May 21, 1948.

*Harry Youran, Jacob Fuchsberg* and *William E. Lyons* for motions to dismiss.

*William E. Lyons* for motion for leave to appeal.

*James H. Brassel* opposed.

Motions denied on the ground appeal lies as of right.